IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHARROD M. MITCHELL,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4238

_____/

Opinion filed April 24, 2017.

An appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

Earl M. Johnson Jr., Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED. This dismissal is without prejudice to appellant's right to seek

a belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

B.L. THOMAS, OSTERHAUS, and BILBREY, JJ., CONCUR.